UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTO ANTONIO CARRANZA VALLE,<br><br>Plaintiff(s),<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant(s). | No. C10-2153 BZ<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff, who is representing himself, filed this lawsuit on May 19, 2010.  He filed a motion for summary judgment on August 18 when the record reflected that the complaint was not served and the defendant had not made an appearance.  On September 1, the Court ordered that the motion for summary judgment would not be calendared until the defendant appeared and suggested to plaintiff that he consider applying for entry of default under Federal Rule of Civil Procedure (FRCP) 55 if he believed defendant was properly served.  The defendant has still not appeared in this case and

1

plaintiff has not applied for entry of default. Accordingly, plaintiff is **HEREBY ORDERED** to show cause in writing by **March 23, 2011** why this case should not be dismissed for lack of prosecution or for failure to timely serve the complaint under FRCP 4(m). Failure to provide a satisfactory explanation may result in a dismissal of this case.

Dated: February 28, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\VALLE V. DEPT OF HOMELAND SEC\ORDER TO SHOW CAUSE.wpd