**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OTTO ANTONIO CARRANZA VALLE,

      Plaintiff,

  v.

DEPARTMENT OF HOMELAND SECURITY,

      Defendant.

_____/

No. C 10-02153 CW

ORDER DENYING
WITHOUT PREJUDICE
PLAINTIFF'S
MOTION FOR
SUMMARY JUDGMENT
(Docket No. 3)
AND SETTING
BRIEFING SCHEDULE
ON DEFENDANT'S
MOTION TO DISMISS

    On May 19, 2010, pro se Plaintiff Otto Antonio Carranza Valle filed this action, seeking a declaration that he is entitled to benefits under the so-called ABC settlement agreement.[1]  On August 18, 2010, Plaintiff moved for summary judgment, even though Defendant Department of Homeland Security (DHS) had not appeared. On February 28, 2011, the magistrate judge to whom this case was previously assigned issued an order requiring Plaintiff, by March 23, 2011, to show cause why this action should not be dismissed for failure to prosecute or for failure to serve the complaint within 120 days.  (Docket No. 6.)  The magistrate judge noted that DHS had not appeared in this action and Plaintiff had not sought entry of default.  The order to show cause was returned as undeliverable.

    On March 15, 2011, DHS filed a motion to dismiss this action as moot, asserting that, in or about February, 2011, Plaintiff had been deemed eligible to receive benefits under the ABC settlement.

---

[1] The settlement agreement arose out of litigation in American Baptist Churches v. Thornburgh, Case No. C 85-3255 RFP (N.D. Cal.).

1  The same day, DHS declined to proceed before the magistrate judge

2  and, thereafter, this case was re-assigned to the undersigned.

3      Plaintiff's motion for summary judgment is denied without

4  prejudice.  (Docket No. 3.)  Plaintiff shall respond to DHS's

5  motion to dismiss within fourteen days of the date of this Order.

6  DHS shall reply, if necessary, seven days after any response is

7  filed.  If Plaintiff responds, the motion will be taken under

8  submission on the papers.

9      Plaintiff's failure to comply with this Order will result in

10 the dismissal of his action for failure to prosecute.

11     IT IS SO ORDERED.

12

13 Dated: 3/25/2011

   _Claudia Wilken_

14                              CLAUDIA WILKEN
                                United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

3

4

VALLE et al,

Case Number: CV10-02153 CW

Plaintiff,

5

**CERTIFICATE OF SERVICE**

v.

6

7

DEPARTMENT OF HOMELAND SECURITY et
al,

8

Defendant.

9

/

10

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12

13

That on March 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

14

15

16

Otto Antonio Carranza Valle
1279 Sunnydale Avenue
San Francisco,  CA 94134

17

Dated: March 25, 2011

18

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

3