IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTO ANTONIO CARRANZA VALLE,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant.<br>_____/ | No. C 10-02153 CW<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE AND DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS (Docket No. 10) |

    On March 25, 2011, the Court ordered pro se Plaintiff Otto Antonio Carranza Valle to respond to Defendant Department of Homeland Security's motion to dismiss.  The Court warned that, if Plaintiff did not do so by April 8, 2011, his action would be dismissed for failure to prosecute.  Plaintiff did not respond.

    Accordingly, the Court dismisses Plaintiff's action for failure to prosecute and DENIES as moot Defendant's motion to dismiss.  (Docket No. 10.)  The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: 4/11/2011

                              CLAUDIA WILKEN
                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VALLE et al,

        Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY et al,

        Defendant.

Case Number: CV10-02153 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 11, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Otto Antonio Carranza Valle
1279 Sunnydale Avenue
San Francisco, CA 94134

Dated: April 11, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2